

**U**NITED **S**TATES **D**ISTRICT **C**OURT
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

Thomas G. Bruton                                          312-435-5670
Clerk

Date: 07/30/2025                                  Case Number: 1:25-cv-08795

Case Title: Herrington v. City Of Chicago                Judge: John Robert Blakey

## NOTICE OF CORRECTION

The following errors/deficiencies have been identified in document # [     7     ].

■ The document is on the incorrect case. (If this is a motion, the docket clerk has termed the motion)

☐ The document is on the correct case but the case number and title do not match.

☐ The incorrect document [pdf] was linked to the entry.

☐ The incorrect file date was entered.

☐ The incorrect event was used. The title of the document does not match the text of the entry.

☐ The entry is a duplicate of entry [    ].

☐ Other:

**Corrective action taken by the Clerk:**

■ The text of the entry has been replaced with *Entered in Error*.

☐ The following notation has been added to the text of the entry: *Linked document has the incorrect case title,* or, *Linked document has the incorrect case number*.

☐ The correct document [pdf] has been re-filed.

☐ The file date has been corrected.

☐ The text of the entry has been edited to reflect

☐ The text of the entry has been edited to read, *Duplicate filing of document number [   ]*.

☐ Other:

**Corrective action required by the filer:**

☐ Counsel must re-file the document

☐ Other:

                                        Thomas G. Bruton, Clerk
                                        By: /s/ R. Cornejo
                                            Deputy Clerk

Rev. 8/13/18