MR

FILED

DEC 30 2025 GMO

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff's Response to Defendant's Motion to Dismiss

Case No. 1:25-cv-10986
United States District Court for the Northern District of Illinois

Plaintiff respectfully submits this Response in opposition to Defendants' Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6). Defendants' motion should be denied because Plaintiff has plausibly alleged violations of the Fourth and Fourteenth Amendments under 42 U.S.C. § 1983.

## I. LEGAL STANDARD

A complaint survives a 12(b)(6) motion if it contains enough factual matter to state a plausible claim for relief. Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009). At this stage, all allegations are accepted as true and all reasonable inferences are drawn in Plaintiff's favor. Tamayo v. Blagojevich, 526 F.3d 1074, 1081 (7th Cir. 2008).

## II. PLAINTIFF HAS STATED A FOURTH AMENDMENT CLAIM

Plaintiff alleges that Braidwood Police stopped his vehicle based on a Flock camera alert for a missing-person case. Plaintiff further alleges:

1. The missing-person case had already been resolved by another police department at 8:08 a.m. an has the footage to prove it.

2. The Flock camera system still tagged Plaintiff's car, but officers did not confirm whether the alert was still active before initiating the stop;

3. The original missing-person report contained no suicidal or homicidal threat, meaning there was no lawful basis for a welfare/safety stop;

4. Body-camera footage shows the officer stating that dispatch instructed him to initiate the stop while waiting for confirmation;

5. The officer's written report contradicts his body-camera statement, falsely claiming he stopped Plaintiff on his own "to check his safety."

These allegations show that the stop and subsequent search were pretextual and unlawful, lacking reasonable suspicion or probable cause. Officers cannot rely on unverified alerts or

fabricate a safety justification after the fact. See United States v. Uribe, 709 F.3d 646, 651 (7th Cir. 2013); United States v. Duguay, 93 F.3d 346, 353 (7th Cir. 1996).

## III. DISMISSAL OF CHARGES SUPPORTS PLAINTIFF'S CLAIM

Plaintiff further alleges that the State dismissed the criminal charges because the stop lacked legal justification. This reinforces the claim that Defendants acted without probable cause. At the pleading stage, these allegations are sufficient to state a §1983 claim.

## IV. PLAINTIFF HAS ALLEGED DAMAGES

Plaintiff alleges concrete harm caused by the unlawful stop, including:

Loss of his vehicle;

Loss of employment

Financial costs related to the arrest;

Emotional distress and reputational harm.

These damages are recoverable under §1983. Carey v. Piphus, 435 U.S. 247, 254–57 (1978).

## V. CONCLUSION

Plaintiff has plausibly alleged that Defendants conducted a pretextual and unlawful stop, resulting in seizure, search, and concrete harm. Defendants' Motion to Dismiss should be DENIED.

Respectfully submitted,

Plaintiff, Pro Se

Aaron Ryan
518 Clark St.
Marseilles IL 61341

Aaron Ryan
518 Clark St.
Marseilles IL 61341

Attn 1:25-CV-10986

Everett McKinley Dirksen
U.S Courthouse
219 S. Dearborn St.
Chicago, IL 60604

Water and Tear Resistant

DEC 26, 2025

$32.75

60604

RDC 07

S2325A500472-03

**PRIORITY MAIL EXPRESS®**

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL



# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**UNITED STATES POSTAL SERVICE®** | PRIORITY MAIL EXPRESS®

EI 702 333 946 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE (     )

Aaron Ryan
518 Clark St
Marseilles IL 61341

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
  *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE (     )

(Civil Court Case)
Everett McKinley Dirksen
us Courthouse
219 S. Dearborn St.  )CASE#
                      )1:25-cv-10986
Chicago IL (Ryan V. Urban)
ZIP + 4® (U.S. ADDRESSES ONLY)
60604

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 61341 | 12/29/25 | $ 32.75 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 12/26/25 | ☐ 6:00 PM | $ | $ |

| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 1232 | ☐ AM ☐ PM | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | 32.75 |

| Weight | ☐ Flat Rate | Acceptance Employee Initials |
|---|---|---|
| 2.0 lbs. ozs. | | $ |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

DEl 12/30





**UNITED STATES POSTAL SERVICE®**