

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED

FEB 23 2026 PJJ

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Aaron Ryan,

Plaintiff,

v.

Officer kaedyn Urban, individually,

Sergeant Peterson, individually,

Village of Braidwood,

Will County Sheriff's Office,

Defendants.

Case No. 1:25-cv-10986

MOTION TO EXPEDITE CONSIDERATION OF AMENDED COMPLAINT

Plaintiff Aaron Ryan, pro se, respectfully moves this Court for expedited consideration of his Amended Complaint, and states as follows:

1. Background

Plaintiff filed a civil rights lawsuit under 42 U.S.C. § 1983 regarding the continuation of a traffic stop on January 18, 2025, in which Defendants unlawfully detained him after the missing person report was removed from the LEADS system.

The Court granted leave to file an Amended Complaint naming the Village of Braidwood and other defendants by February 23, 2026.

2. Ongoing Harm

As a direct result of the unlawful continuation of the stop, Plaintiff has suffered severe financial and personal losses, including:

Loss of his vehicle, which is critical for transportation in his area

Loss of his employment

Loss of his apartment, leaving him with unstable housing

Plaintiff's current inability to secure transportation directly prevents him from obtaining or maintaining employment, which is causing ongoing financial and personal hardship.

The normal pace of civil litigation will exacerbate these harms, making it more difficult for Plaintiff to regain stability.

3. Legal Basis for Expedited Consideration
Federal courts have discretion to expedite cases where a plaintiff demonstrates irreparable harm or urgency. See, e.g., Fed. R. Civ. P. 6(c)(1)(C); Local Rule 7.2.

Plaintiff's circumstances constitute ongoing, irreparable harm that justifies expedited review and early scheduling of responsive pleadings and discovery.

4. Request

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Grant expedited consideration of the Amended Complaint;

B. Shorten deadlines for Defendants' response to the Amended Complaint;

C. Establish a fast-tracked schedule for discovery and proceedings to prevent further ongoing harm to Plaintiff;

D. Grant such other relief a tos the Court deems just and proper.

Respectfully submitted,
Aaron Ryan
518 Clark st
Marseilles IL 61341

815-201-6893
aaron1986ryan@gmail.com

Aaron Ryan
518 Clark St
Marseilles, IL 61341

Retail



UNITED STATES
POSTAL SERVICE

60604

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
MARSEILLES, IL 61341
FEB 14, 2026

$1.90

S2325A500472-03

Attn   1:25-CV-10986

U.S District Courthouse

219 S. Dearborn St

Chicago, IL 60604

RECEIVED

FEB 23 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Columbian® – 90 Clasp (9 x 12)