**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Derrick Vernon
Plaintiff,
v.
N. McGlone, et al.
Defendant.

Case No.: 1:22−cv−04890
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 2, 2023:

MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report and directs them to adhere to the existing schedule, as proposed. The telephonic status hearing set for 5/5/2023 is vacated and reset to 7/18/2023 at 9:05 a.m., using call−in number 888−684−8852, access code 746−1053. A further joint status report regarding the progress of discovery and any settlement discussions is to be filed on 7/11/2023. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.