IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY FERGUSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20-cv-04046 |
| | ) | |
| vs. | ) | Honorable Robert M. Dow, Jr |
| | ) | |
| COOK COUNTY, ILLINOIS, et al, | ) | Magistrate Gabriel A. Fuentes |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

The parties, by and through their counsel of record, submit this joint status report, stating as follows:

### STATUS OF DISCOVERY[1]

Defendants have issued written discovery to Plaintiff. Plaintiff has not issued any written discovery to Defendants. Plaintiff has not responded to Defendants' issued discovery requests. On January 17, 2022, the Cook County Defendants filed a motion to compel Plaintiff's discovery responses. [ECF 91]. Defendant City of Chicago anticipates filing a motion to compel by January 28, 2022 if it does not receive Plaintiff's discovery responses and if further attempts to confer with Plaintiff are unsuccessful. Defendants are awaiting written discovery responses from Plaintiff before beginning oral discovery. Plaintiff states that Mr. Wasik has been quite ill with COVID delaying Plaintiff responses. Plaintiff indicates that they will provide the requested responses as soon as possible.

### STATUS OF SETTLEMENT

---

[1] The Defendants note that when denying their motions to dismiss for want of prosecution, this Court ordered that: "Plaintiff's counsel is advised that any further noncompliance with applicable rules and orders may result in sanctions up to and including dismissal of this action." ECF 77 at page 39.

The parties have not engaged in settlement negotiations since the last status report was filed on October 29, 2021.

Dated: January 20, 2022

Respectfully Submitted,

/s/ *Kyle A. Rockershousen*
Kyle A. Rockershousen, Assistant Corporation Counsel
Marion Moore, Chief Assistant Corporation Counsel
City of Chicago - Department of Law
2 N. LaSalle, Suite 420
Chicago, IL 60602
(312) 744-0742
Kyle.Rockershousen@CityofChicago.org
**Attorneys for Defendant City of Chicago**

/s/ John Coughlin Coyne
John Coughlin Coyne
Law Offices of John C. Coyne
53 West Jackson Blvd, Suite 1750
Chicago, IL 60604
312583-9500
Email: jcc@johnccoynelaw.com
**Attorneys for Cook County Defendants**


/s/ Andrew D. Ellbogen
Andrew D. Ellbogen
Kopka, Pinkus & Dolin, P.C.
200 West Adams Street, Suite 1200
Chicago, IL 60606
(312) 782-9920
Email: adellbogen@kopkalaw.com
**Attorneys for Defendants Bednarek and D-Bat's, Inc.**

/s/ Beau B. Brindley
Beau B. Brindley
Law Offices of Beau B. Brindley
53 West Jackson Blvd.
#1410
Chicago, IL 60604
(312) 765-8878
Email: bbbrindley@gmail.com
**Attorneys for Plaintiff**