# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Valerie Thomas,

Plaintiff(s),

v.

LVNV Funding LLC et al,

Defendant(s).

Case No. 21-cv-01948
Judge Jeffrey I. Cummings

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Valerie Thomas
and against defendant(s) LVNV Funding LLC and Resurgent Capital Services, L.P.
in the amount of $250 for statutory damages,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Cummings presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☐ decided by Judge on a motion

Date: 6/11/2024

Thomas G. Bruton, Clerk of Court

C. Chambers , Deputy Clerk