**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ, | ) ) ) | No. 1:23-cv-1737 |
| *Plaintiffs*, | ) ) ) | Hon. Jeremy C. Daniel District Judge |
| v. | ) ) ) | |
| REYNALDO GUEVARA, *et al.*, | ) ) ) | Hon. Heather K. McShain Magistrate Judge |
| *Defendants*. | ) ) ) | **JURY TRIAL DEMANDED** |

**ORDER**

This matter comes before the Court pursuant to Plaintiffs' Motion to Depose Incarcerated Defendant. Dkt. 114. The Court having considered the Motion, and due notice having been given to all the parties, it is hereby ordered that:

1. Plaintiffs' Motion to Depose Incarcerated Defendant is granted. Pursuant to Fed. R. Civ. P. 30(a)(2)(B) and other applicable authorities, Plaintiffs are granted leave to depose Defendant Joseph Miedzianowski who is currently confined at Federal Correctional Institution Pekin under Register No. 11502-424.

2. Plaintiffs are also granted leave to record the deposition testimony of Defendant Miedzianowski by video and court transcription.

June 10, 2024
ENTERED

_____
JEREMY C. DANIEL
DISTRICT JUDGE