IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY FERGUSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20-cv-04046 |
| | ) | |
| vs. | ) | |
| | ) | |
| COOK COUNTY, ILLINOIS, et al, | ) | Magistrate Gabriel A. Fuentes |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

The parties, by and through their counsel of record, submit this joint status report pursuant to ECF No. 130, stating as follows:

### STATUS OF DISCOVERY

On May 12, 2023, the Court ordered parties to file a joint status report regarding the parties potential request to engage in a settlement conference with the magistrate judge. At this time, counsel for the Plaintiff and counsel for Bednarek and D-Bats have expressed an interest in engaging in the settlement conference with the counsel for Bednarek expressing that Plaintiff will need to have significant flexibility in terms of the demand and potential settlement. Counsel for the City and Counsel for the officers have provided their clients with the demand and the request for a settlement conference. The clients have not made a final decision on whether to agree to a settlement conference.

In terms of scheduling, counsel for the City has noticed a number of depositions for days when counsel for Plaintiff and counsel for the officers were not available prior to May 30. On May 24 counsel for the Plaintiff noticed depositions for the three officers and Bednarek on dates that were also not workable for other counsel. Hence, parties are in agreement that discovery deadline needs to extended. All parties are in agreement to an extended discovery deadline of August 31, 2023. All necessary depositions can be completed by that time.

Dated: May 25, 2023.

Respectfully Submitted,

/s/_____
Maxwell Evan Lisy, Assistant Corporation Counsel Supervisor
William Cook, Assistant Corporation Counsel
City of Chicago Department of Law

2 N. LaSalle, Suite 420
Chicago, IL 60602
(312) 742-0305
maxwell.lisy@CityofChicago.org
William.cook@cityofchicago.org
**Counsel for Defendant City of Chicago**

/s/
John Coughlin Coyne
Law Offices of John C. Coyne
53 West Jackson Blvd, Suite 1750
Chicago, IL 60604
312583-9500
Email: jcc@johnccoynelaw.com
**Counsel for Cook County Defendants**

/s/
Thomas J. Olson
Kopka, Pinkus & Dolin, P.C.
200 West Adams Street, Suite 1200
Chicago, IL 60606
(312) 782-9920
Email: tjolson@kopkalaw.com
**Counsel for Defendants Bednarek and D-Bat's, Inc.**

/s/
Beau B. Brindley
Law Offices of Beau B. Brindley
53 West Jackson Blvd.
#1410
Chicago, IL 60604
(312) 765-8878
Email: bbbrindley@gmail.com
**Counsel for Plaintiff**