IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY FERGUSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20-cv-04046 |
| | ) | |
| vs. | ) | Honorable Robert M. Dow, Jr |
| | ) | |
| COOK COUNTY, ILLINOIS, et al, | ) | Magistrate Gabriel A. Fuentes |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
WITHIN THE SAME FIRM PURSUANT TO LOCAL RULE 83.17**

TO: All Counsel of Record – Served via CM-ECF

**PLEASE TAKE NOTICE** that as of March 16, 2024, Assistant Corporation Counsel William Owen Cook is no longer with the Federal Civil Rights Litigation Division of City of Chicago's Department of Law. Assistant Corporation Counsel Simerdeep Kaur has been assigned to this matter and has entered her appearance for Defendant City of Chicago. [Dkt. No. 160]. Pursuant to Local Rule 83.17, Assistant Corporation Counsel William Owen Cook should be withdrawn from this matter.

Respectfully submitted,

*/s/ Simerdeep Kaur*
Simerdeep Kaur
Assistant Corporation Counsel
Attorney for the City of Chicago
City of Chicago Department of Law
2 N. LaSalle Street, Suite 420
Chicago, IL 60602
(312) 744-2026
Simerdeep.Kaur@cityofchicao.org

1

## **CERTIFICATE OF SERVICE**

On March 26, 2024, the foregoing document was filed with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system. All participants are registered users who will be served by the CM-ECF electronic filing system.

*/s/ Simerdeep Kaur*